UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~SUPREME COURT OF THE STATE OF NEW YORK~~
~~COUNTY OF NEW YORK~~
-------------------------------------------------------------X

GREY GLOBAL GROUP, INC. d/b/a Grey Worldwide
                              Plaintiff,

               - against -

SHANE CO. d/b/a Western Stone & Metal Corp.,

                              Defendant.

-------------------------------------------------------------X

07 CV 10419
~~Index No. 603425/07~~ (DAB)(KNF)

STIPULATION

*REMOVED FROM
SUP. CT., NEW YORK COUNTY
State Ct. Index No. 603425/07

    IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff, GREY GLOBAL GROUP, INC. d/b/a Grey Worldwide ("Plaintiff"), and for Defendant, SHANE CO. d/b/a Western Stone & Metal Corp. ("Shane"), that the time for Shane to answer, move or otherwise respond to Plaintiff's complaint, dated October 16, 2007, is extended until and including December 12, 2007.

    IT IS FURTHER STIPULATED AND AGREED that Defendant hereby agrees not to assert the defense of insufficiency of service of process herein under Rule 3211 of the New York Civil Procedure Law and Rules (CPLR) and waives such defense; this waiver of a defense under CPLR 3211 shall not constitute a waiver of or prejudice to any other defense(s) which defendants may assert, including, without limitation, a defense of lack of personal jurisdiction based on reasons other than the insufficiency of service of process. This Stipulation may be executed in counterparts. Facsimile signatures shall be no less binding than original signatures.

Dated: November 13, 2007
          New York, New York

DAVIS & GILBERT LLP
Attorneys for Plaintiff
GREY GLOBAL GROUP, INC.
d/b/a Grey Worldwide

By: _____
    David S. Greenberg

1740 Broadway
New York, New York 10019
Tel. (212) 468-4800
Fax (212) 468-4888

MOSES & SINGER LLP
Attorneys for Defendant
SHANE CO.
d/b/a Western Stone & Metal Corp.

By: _____
    Jennifer Nigro

405 Lexington Avenue
New York, New York 10174
Tel. (212) 554-7800
Fax (212) 554-7700

SO ORDERED:

_____
Deborah A. Batts
U.S.D.J. 11/27/07

652989v2 099959.0001