UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREY GLOBAL GROUP, INC. d/b/a Grey Worldwide
                Plaintiff,

- against -

SHANE CO. d/b/a Western Stone & Metal Corp.,

                Defendant.

------------------------------------------------------------------X

Index No. 07-CV-10419
(DAB) (KNF)

STIPULATION

     **IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for Plaintiff, GREY GLOBAL GROUP, INC. d/b/a Grey Worldwide ("Plaintiff"), and for Defendant, SHANE CO. d/b/a Western Stone & Metal Corp. ("Shane") that the time for Shane to answer, move or otherwise respond to Plaintiff's complaint, dated October 16, 2007, is extended until and including **February 1, 2008**.

     **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts. Facsimile signatures shall be no less binding than original signatures.

Dated:  December 6, 2007
          New York, New York

DAVIS & GILBERT LLP
Attorneys for Plaintiff
GREY GLOBAL GROUP, INC.
d/b/a Grey Worldwide

By: _____
     David S. Greenberg

1740 Broadway
New York, New York 10019
Tel. (212) 468-4800
Fax (212) 468-4888

MOSES & SINGER LLP
Attorneys for Defendant
SHANE CO.
d/b/a Western Stone & Metal Corp.

By: _____
     Jennifer Nigro

405 Lexington Avenue
New York, New York 10174
Tel. (212) 554-7800
Fax (212) 554-7700

SO ORDERED:

_Deborah A. Batts_
DEC. 11, 2007

659418v1  011367.0101