

BATTS, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREY GLOBAL GROUP INC. d/b/a Grey Worldwide,

          Plaintiff,

vs.

SHANE CO. d/b/a Western Stone & Metal Corp.,

          Defendant.

---

Index No. 07-CV-10419 (DAB)(KNF)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above action is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:   New York, New York
          ~~December 24~~, 2008
          January

DAVIS & GILBERT LLP
*Attorneys for Plaintiff*
Grey Global Group Inc. d/b/a Grey Worldwide

By: _____
    David S. Greenberg (DG 8385)
1740 Broadway
New York, New York 10019
(212) 468-4800

MOSES & SINGER LLP
*Attorneys for Defendant*
Shane Co. d/b/a Western Stone & Metal Corp.

By: _____
    Jennifer Nigro (JN 3485)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.  2/14/08